UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

FILED 13 JUL '26 11:14 USDC-ORP

henry brogdon,
Petitioner,

V.

David J Pedro,
Respondent,

2:26-cv-01428-JR

D.C. No.
PETITION FOR WRIT
OF
FEDERAL HABEAS CORPUS

## PARTIES:

1) Petitioner: henry brogdon. Mailing Address: 2500 Westgate Pendleton, OR 97801
2) Respondent, David J. Pedro, Superintendent at Eastern Oregon Correctional Institution, 2500 Westgate Pendleton OR, 97801.

## CAUSE OF ACTION

This is a Petition for Writ of Federal Habeas Corpus brought by henry brogdon Confined in violation of the Fourth Amendment," Prohibition of unreasonable Seizure of henry brogdon Person;" Clause; Do Process violation of the Fourteenth Amendment, Clause, Under the UNITED STATES CONSTITUTION, arising from Multnomah County Circuit Court Case No. 21CR22895, STATE OF OREGON V. henry brogdon. on 6-29-2021, a Secret Indictment was entered in the Register of Actions, the trial Court or Presiding Judge DID NOT Enter WARRANT OF ARREST Under Oregon Revised Statutes 133.110, Causing henry brogdon to be Seized absent judicial affirmation of Probable Cause in violation of the Fourth Amendment. "Prohibition of unreasonable Seizure of My Person."

Pp. No. 1 of 2  PETITION FOR WRIT OF FEDERAL HABEAS CORPUS— (s) henry brogdon
DC. No. TBD. \\\

CAUSE OF ACTION CONT.

Subsequently henry brogdon was abducted absent due Process in violation of Fourteenth Amendment, "Right to Due Process", Clause, under the United States Constitution for the Purpose of Confinement at oregon Department of Correction absent Probable cause, on or about 04/08/2024, where henry brogdon has been confined Unconstitutionally, ongoing, continuously, without interruption. Respondent David J. Pedro Confines henry brogdon at Eastern oregon Correctional Institution 2500 Westgate Pendleton or, 97801, In want of and admissible basis of confinement, i.e. Warrant of Arrest O.R.S. 133.110; Judgment of Conviction Entered by a competent court. Requiring Immediate Judicial release. I, henry brogdon am Entitled to Immediate discharge from Custody /// Pursuant to 28 U.S.C.S. 1746, I, declare under the Penalty of Perjury that the foregoing is true and Correct. ///

DATED this 07-01-2026
                    /s/ henry brogdon
                    Mailing: 2500 Westgate
                                  Pendleton OR 97801 ///

Pp. No. 2 of 2 PETITION FoR WRIT of FEDERAL HABEAS CoRPus — /s/henry brogdon—
DC. No. TBD///

# CERTIFICATE OF SERVICE
## MAILBOX RULE
### 07-01-2026

I, declare, i Personally Sent, " PETITION FOR WRIT OF FEDERAL HABEAS CORPUS," DATED this 07-01-2026.

To EoCI law library Coordinator For the Purpose of legal Copies, MailboxRule, And Mailing to:

Clerk, U.S.D.C.
(D. oR)
740 U.S. Courthouse
1000 SW Third ave

Portland OR, 97204-2902

GENERAL COUNSEL
ODOJ
1162 Court St NE

Salem OR, 97301

## DATED this 07-01-2026

\s\ henry brogdon
2500 Westgate
Pendleton OR 97801

PP. No. 1of1 CERTIFICATE OF SERVICE \s\ henry brogdon
DC. No. TBD. III

henry brogdon #16247053

**EOCI**
**2500 Westgate**
**Pendleton, Oregon 97801**

PORTLAND OR RPDC 973

10 JUL 2026 PM 5 L

quadient

FIRST-CLASS MAIL
IMI
**$000.74**
07/10/2026 ZIP 97801
043M31276142

US POSTAGE

Clerk, U.S.D.C.
740 U.S. Courthouse
1000 SW Third ave
Portland OR 97204-2902

97204-293251

**LEGAL MAIL**